JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone: 541-419-0074
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KRASLOW,            ) | |
| ) | Case No. 1:14-cv-01808-SMS |
| Plaintiff,        ) | |
| ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v.                                       ) | **TO FILE PLAINTIFF'S OPENING** |
| ) | **BRIEF** |
| CAROLYN W. COLVIN,     ) | |
| Acting Commissioner of        ) | |
| Social Security,                    ) | |
| ) | |
| Defendant,     ) | |
| ) | |
| _____) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to August 10, 2015, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel is experiencing a backlog in her workload that she is trying to resolve.

**Kraslow v. Colvin**                                                                   Stipulation and Proposed Order
**E.D. Cal. 1:14-cv-01808 SMS**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                            Respectfully submitted,

Date:  July 9, 2015　　　　　　　　　JACQUELINE A. FORSLUND
　　　　　　　　　　　　　　　　　　　Attorney at Law


　　　　　　　　　　　　　　　　　　　*/s/Jacqueline A. Forslund*
　　　　　　　　　　　　　　　　　　　JACQUELINE A. FORSLUND

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Date:  July 10, 2015
　　　　　　　　　　　　　　　　　　　BENJAMIN J. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　DONNA L. CALVERT
　　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　Social Security Administration


　　　　　　　　　　　　　　　　　　　*/s/Paul Sachelari*
　　　　　　　　　　　　　　　　　　　PAUL SACHELARI
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　*By email authorization

　　　　　　　　　　　　　　　　　　　Attorney for Defendant


　　　　　　　　　　　　　　　　　　　<u>ORDER</u>

　　　　APPROVED AND SO ORDERED


IT IS SO ORDERED.

　　Dated:  **July 10, 2015**　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


**Kraslow v. Colvin**　　　　　　　　　　　　　　**Stipulation and Proposed Order**
**E.D. Cal. 1:14-cv-01808 SMS**