BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CYNTHIA KRASLOW,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:14-cv-01808-SMS<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to October 9, 2015, for Defendant to file her Opposition to Plaintiff's Opening Brief, according to the Court's Scheduling Order ("Order").  Defendant respectfully requests this extension in order to assist balancing a high workload volume, including 23 active district court cases, three circuit court cases, and SSA internal workloads in representative sanctions, state and municipal employee coverage, and bankruptcy.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|     |     |     |
| --- | --- | --- |
|     |     | Respectfully submitted, |
| Date: *September 8, 2015* | By: | */s/ Jacqueline A. Forslund*\* <br> JACQUELINE A. FORSLUND <br> *By email authorization |
|     |     | Attorney for Plaintiff |
|     |     | BENJAMIN B. WAGNER <br> United States Attorney <br> DEBORAH STACHEL <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
|     | By: | */s/ Paul Sachelari* <br> PAUL SACHELARI <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

ORDER

APPROVED.

IT IS SO ORDERED.

Dated:   **September 9, 2015**              /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE