BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
URMILA R. TAYLOR, CSBN 234655
Special Assistant United States Attorney
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, CA  94105
  Tel.: (415) 977-8958
  Facsimile:  (415) 744-0134
  Email:  urmila.taylor@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CYNTHIA KRASLOW,<br><br>   Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>   Defendant. | No. 1:14-cv-01808-SMS<br><br>**STIPULATION AND**<br>**ORDER TO EXTEND TIME** |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of this Court, to extend the time from October 9, 2015, to November 13, 2015, for Defendant to file her Opposition to Plaintiff's Opening Brief, according to the Court's Scheduling Order ("Order").  The attorney originally assigned to the case was unable to timely file the brief due to an

unexpected emergency.  The case was re-assigned to Defendant's current attorney of record today, and she respectfully requests one week to review the record and respond to Plaintiff's allegations.  Should Defendant's counsel require less time to do so, she shall file the brief prior to November 13, 2015.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: *November 5, 2015*         By:     /s/ Jacqueline A. Forslund*
                                         JACQUELINE A. FORSLUND
                                         *By email authorization
                                         Attorney for Plaintiff

Date: *November 5, 2015*                 BENJAMIN B. WAGNER
                                         United States Attorney
                                         DEBORAH STACHEL
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                                 By:     */s/ Urmila R. Taylor*
                                         URMILA R. TAYLOR
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

## **ORDER**

    APPROVED.

IT IS SO ORDERED.

   Dated:   **November 5, 2015**              **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28